# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRAY MARVELL GARMON, | Case No. CV 14-0125 JCG |
| Petitioner, | **JUDGMENT** |
| v. | |
| F. FOULK, Warden | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Memorandum Opinion and Order Dismissing Petition for Writ of Habeas Corpus with Prejudice and Declining to Issue Certificate of Appealability.[1]

DATED: March 30, 2015

HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

---

[1] Both parties have consented to this Court's authority to enter a final order in this case. [*See* Dkt. No. 16]; *see also* Rule 10 of the Rules Governing Section 2254 Cases in the United States District Courts; 28 U.SC. § 636(c)(1).